**J. W. White, appellant, v. Underwriters Mutual Insurance Company, appellee.**

Action for compensation as insurance solicitor for defendant. Judgment for defendant on directed verdict. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. ,Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

A. A. Hunt and Clyde D. Miller, for appellant.    F. J. Tecklenburg and N. W. Parden, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Mike Sakach, appellee, v. Armin Weiss and A. R. Johnson, appellants.**

Action for recovery of funds alleged to have been wrongfully obtained by defendants in a partnership settlement. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

D. H. Mudge and J. B. Harris, for appellants.    Geers & Geers, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Stanley Navicki, appellee, v. Bull Dog Auto Fire Insurance Association, appellant.**

Assumpsit to recover for damage to. plaintiff's automobile in collision. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. Millard, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Kramer, Kramer & Campbell, for appellant.    Beasley & Zulley, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Elmer Minson et al., appellees, v. Harry R. Wilson and William J. Wilson, appellants.**

.Bill in chancery for an accounting between employees and operators of a mine. Decree for complainants. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921. *Certiorari* denied by Supreme Court (making opinion final).

P. K. Johnson and W. E. Krebs, for appellants.    James O. Miller and Victor J. Adami, for appellees.

Mr. Justice Boggs delivered the opinion of the court.